*EXHIBIT 2*

Louis Niedelman, Esquire
(New Jersey 254601969)
COOPER LEVENSON, P.A.
1125 Atlantic Avenue - 3rd Floor
Atlantic City, NJ 08401
Telephone: (609) 344-3161
Facsimile: (609) 344-0939
File No. 60,389-9
Attorney for Plaintiff, BOARD OF TRUSTEES OF THE INTERNATIONAL ACADEMY OF
ATLANTIC CITY CHARTER SCHOOL

| | |
|---|---|
| BOARD OF TRUSTEES OF THE INTERNATIONAL ACADEMY OF ATLANTIC CITY CHARTER SCHOOL,<br><br>Plaintiff,<br><br>vs.<br><br>SPRINGFIELD EDUCATION MANAGEMENT, LLC; SABIS EDUCATIONAL SYSTEMS, INC.; CARL BISTANY; LYNN SPAMIMATO; JOSE ALFONSO; and ANNA DOSEN, jointly, severally and in the alternative,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>ATLANTIC COUNTY<br><br>DOCKET NO. ATL-L-1531-18<br><br>Civil Action<br><br>**ORDER TO SHOW CAUSE** |

This matter having been brought before the court by Louis Niedelman, Esquire, for the Plaintiff, Board of Trustees of the International Academy of Atlantic City Charter School, seeking relief by way of an Order to Show Cause based upon the facts and assertions set forth in the Verified Complaint; and it appearing that the Defendants have notice of this application, and for good cause shown;

IT IS, on this 3rd day of July, 2018, ORDERED that Defendants appear and show cause before the Superior Court of New Jersey at the Atlantic County Civil Court House in Atlantic City, New Jersey on July 18, 2018 at 1:30 p.m., why the

1

Arbitration filed by the Defendants with the American Arbitration Association should not be stricken and dismissed with prejudice.

And it is further ORDERED that:

1. A copy of this order to show cause, verified complaint and all supporting affidavits or certifications submitted in support of this application be served upon defendants within __3__ days of the date hereof, in accordance with R. 4:4-3 and R. 4:4-4, this being original process.

2. Parties in interest shall file and serve a written answer to this order to show cause by __July 13, 2018__.

3. The plaintiff must file and serve any written reply to the defendants' order to show cause opposition by __July 16, 2018__.

4. The plaintiff shall bring a proposed form of order addressing the relief sought and submit it to the Court at the time of hearing.

NELSON C. JOHNSON, J.S.C.

2