

1125 Atlantic Avenue – 3rd Floor
Atlantic City, NJ 08401
Phone (609) 344-3161
Toll Free (800) 529-3161
Fax (609) 344-0939
www.cooperlevenson.com

**LOUIS NIEDELMAN**
Certified by the N.J. Supreme Court as a Civil Trial Attorney
EMAIL: lniedelman@cooperlevenson.com

Direct Phone (609) 572-7474
Direct Fax (609) 572-7475

FILE NO. 60389-00009

July 23, 2018

*Via Electronic Filing*

Hon. Renee Marie Bumb
United States District Court - Camden, NJ
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

    Re:    Board of Trustees of the International Academy of Atlantic City Charter School vs. SABIS Educational Systems, Inc., et al
Civil Action No. 1:18-cv-11474- (RMB/JS)

Dear Judge Bumb:

This letter is being electronically filed with the court in response to the letter of July 16, 2018 filed by Capehart Scatchard on behalf of all defendants.

On or before July 27, 2018, plaintiff will be filing an Amended Verified Complaint, pursuant to R. 15(a)(1)(A) of the Federal Rules of Civil Procedure.

This Amended Verified Complaint will be naming a new defendant who is a resident and domiciliary of the Township of Egg Harbor, County of Atlantic, and State of New Jersey.

Accordingly, plaintiff requests that this Court defer any decision responding to the Capehart letter of July 16, 2018 until after July 27, 2018 as the Amended Verified Complaint will deprive this Court of its diversity jurisdiction.

Thank you.

**COOPER LEVENSON, P.A.**

Hon. Renee Marie Bumb
July 23, 2018
Page 2

Respectfully submitted,

Louis Niedelman

LN/gc

cc: Joseph F. Betley, Esquire - via ECF
Sanmathi Dev, Esquire – via ECF (Your File 04910-31842)

CLAC 4573036.1