

1125 Atlantic Avenue – 3rd Floor
Atlantic City, NJ 08401
Phone (609) 344-3161
Toll Free (800) 529-3161
Fax (609) 344-0939
www.cooperlevenson.com

**LOUIS NIEDELMAN**
Certified by the N.J. Supreme Court as a Civil Trial Attorney
EMAIL: lniedelman@cooperlevenson.com

Direct Phone (609) 572-7474
Direct Fax (609) 572-7475

FILE NO. 60389/00009

July 27, 2018

***Via Electronic Filing***

Magistrate Judge Joel Schneider
United States District Court – Camden Vicinage
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza
Camden, NJ 08101

    Re:    Board of Trustees of International Academy of Atlantic City Charter School vs. SABIS Educational Systems, Inc./Springfield Education Management, LLC, et al
           Civil Action No. 1:18-cv-11474-RMB/JS

Dear Judge Schneider:

    Pursuant to a TEXT ORDER entered by Judge Renee Marie Bumb on July 25, 2018, counsel of record are to write to you indicating available dates for counsel and our clients to attend a Settlement Conference, before Your Honor.

    The dates of August 29 and August 30 are available for counsel and their clients to appear before Your Honor.

    Kindly advise of the day and time for this Conference.

    Thank you.

                                     Respectfully yours,

                                     Louis Niedelman

LN/gc

**COOPER LEVENSON, P.A.**

Honorable James Savio
July 27, 2018
Page 2

cc:   Edward Betley, Esquire - *via E-filing*
     Sanmathi Dev, Esquire - *via E-filing*
     Your File #04910-31837

CLAC 4580923.1