

Sanmathi Dev
856.380.6709
sdev@capehart.com
Fax: 856.235.2786

August 21, 2018

**VIA ECF**
Honorable Joel Schneider, U.S.M.J.
United States District Court
District of New Jersey
Mitchell H. Cohen Courthouse
4th & Cooper Streets
Camden, NJ 08101

Re:   Board of Trustees of the International Academy of Atlantic City Charter School v. SABIS Educational Systems, Inc., et al.
Civil Action No.: 1:18-cv-11474-RMB-JS
Our File No. 04910-31842

Dear Judge Schneider:

    As Your Honor knows, this firm represents the Defendants in the above-referenced case. I am following up to the case management conference Your Honor conducted with the parties on August 9, 2018 in preparation for the settlement conference scheduled for August 30, 2018. Your Honor inquired whether either party needs any documents from the other side for the settlement conference. After consulting with my client, it appears that Defendants need to review the report prepared by Plaintiff's investigator Richard Hale regarding a complaint of harassment by the former School Director Natakie Chestnut against SABIS personnel. It is our understanding that the report is complete and readily available.

    I trust that Mr. Niedelman will provide us this document by tomorrow, Wednesday, August 22, 2018 so that I may have adequate time to review it before submitting SABIS' position statement regarding settlement.

    I am available this afternoon and all day tomorrow for a telephone conference with Your Honor and Mr. Niedelman if necessary.

Respectfully submitted,

CAPEHART & SCATCHARD, P.A.

/s/ *Sanmathi Dev*

Sanmathi Dev

SD/amc
cc:   Louis Niedelman, Esq. (Via ECF)
6092729

Capehart & Scatchard, P.A.   8000 Midlantic Drive, Ste. 300S   P.O. Box 5016   Mount Laurel, New Jersey   08054-5016
856.234.6800   Main Fax 856.235.2786   WC Fax 856.439.3168   www.capehart.com