```
        IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF NEW JERSEY
                  CAMDEN VICINAGE
```

| | |
|---|---|
| BOARD OF TRUSTEES OF THE INTERNATIONAL ACADEMY OF ATLANTIC CITY CHARTER SCHOOL,<br><br>      Plaintiff,<br><br>  v.<br><br>SABUS EDUCATIONAL SYSTEMS, INC., et al.,<br><br>      Defendants. | Civil No. 18-11474 (RMB/JS) |

## AMENDED SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel during the telephone conference on September 18, 2018; and the Court noting the following appearances: Louis J. Niedelman, Esquire, appearing on behalf of the plaintiff; and Sanmathi Dev, Esquire, appearing on behalf of the defendants.

IT IS this **18th** day of **September, 2018,** hereby **ORDERED**:

1. The Court will conduct a telephone status conference on **September 21, 2018 at 9:30 a.m.** **Plaintiff's counsel shall arrange the telephone call.**

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

                                              s/ Joel Schneider
                                              JOEL SCHNEIDER
                                              United States Magistrate Judge