```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
                        CAMDEN VICINAGE
```

| | |
|---|---|
| BOARD OF TRUSTEES OF THE INTERNATIONAL ACADEMY OF ATLANTIC CITY CHARTER SCHOOL,<br><br>              Plaintiff,<br><br>  v.<br><br>SABIS EDUCATION SYSTEMS, INC., et al.,<br><br>              Defendants. | Civil No. 18-11474 (RMB/JS) |

**O R D E R**

The Court having held a conference call with the parties on September 26, 2018; and good cause existing to enter this Order; and accordingly,

IT IS HEREBY ORDERED this 26th day of September, 2018, as follows:

1. Plaintiff shall make its first partial settlement payment within five (5) days of execution of the parties' Settlement Agreement;

2. Plaintiff's final settlement payment shall be made no later than October 31, 2018. If the payment is not timely made, interest shall accrue at the prime rate; and

3. If defendant is successful after filing an action or motion to enforce the terms of this Order, plaintiff shall pay

2

defendant's reasonable attorney's fees and costs; and it is further

ORDERED that the Court shall be promptly contacted if any disputes arise regarding the execution and enforcement of the parties' Settlement Agreement.

s/Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge
