IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE INTERNATIONAL ACADEMY OF ATLANTIC CITY CHARTER SCHOOL,<br><br>Plaintiff,<br><br>v.<br><br>SABIS EDUCATION SYSTEMS, INC., et al.,<br><br>Defendants. | Civil No. 18-11474 (RMB/JS) |

**O R D E R**

The Court having held a conference call with the parties on October 29, 2018; and this Order intending to confirm the Court's rulings; and good cause existing for the entry of this Order,

IT IS HEREBY ORDERED this 30th day of October, 2018, as follows:

1. Plaintiff shall produce to defendants on October 29, 2018, a copy of Richard Hale's report;

2. By November 12, 2018, plaintiff shall produce to defendants all documents required to be produced pursuant to the parties' Settlement Agreement; and

1

3. Each party shall bear its own costs to produce copies of the documents required to be produced pursuant to the parties' Settlement Agreement.

s/Joel Schneider<br>
JOEL SCHNEIDER<br>
United States Magistrate Judge